IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC., <br> Plaintiff, <br><br> v. <br><br> GENERAL COMPUTER CORPORATION, ET AL.,, <br> Defendants. | Civil No. 97-1803(PG) |

## JUDGMENT

The Court having accepted the parties' "Joint Stipulation for Dismissal with Prejudice," it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby made part of this judgment as though set forth <u>in extenso</u>. FURTHER, it is

**ORDERED and ADJUDGED** that the complaint be and is hereby **DISMISSED WITH PREJUDICE** as to all defendants, but the Court will retain jurisdiction until the terms and conditions of the settlement agreement are implemented and fully complied with.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, _____May 21_____, 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge